AO 91 (Rev. 08/09) Criminal Complaint

FILED
RICHARD W. NAGEL
CLERK OF COURT
SEP 16 2026 10:45 A
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.
Dustin Powers

*Defendant(s)*

Case No. 3:26-mj-00395

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Janaury 2026 through July 2026 in the county of Montgomery in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC s. 2250 | failure to register as a sex offender |

This criminal complaint is based on these facts:

See Attached Affidavit of Kyle Ricker

☑ Continued on the attached sheet.

Kyle Ricker
*Complainant's signature*

Kyle Ricker, Deputy USMS
*Printed name and title*

Sworn to by reliable electronic means -- namely, telephone.

Date: 9/16/26

*Judge's signature*

City and state: Dayton, Ohio

Peter B. Silvain Jr., United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kyle Ricker, being duly sworn, do hereby declare and state the following:

## INTRODUCTION

1. I am a Deputy United States Marshal (DUSM) assigned to the Southern District of Ohio, Dayton Office, and have been so employed since February 2024. I am a graduate of Basic Deputy U.S. Marshal Academy at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia in July 2024 as well as the Criminal Investigator Training Program at FLETC in July 2024. I also receive regular in-service training in fugitive and sex offender investigations from the U.S. Marshals Service (USMS) as well as various other federal and state resources. During my career, I have been assigned to multiple fugitive, escape, judicial threat, and sex offender investigations. I am the designated sex offender investigator for the Dayton and Cincinnati offices within the Southern District of Ohio and conduct investigations involving sexual offenders and their duty to register. I am authorized under 28 U.S.C. 564 to enforce the laws of the United States, including violations of the Sex Offender Registration and Notification Act (SORNA), 42 U.S.C. 16901, et seq., and federal Failure to Register offenses, pursuant to 18 U.S.C. 2250.

## PURPOSE OF THE AFFIDAVIT

2. I submit this affidavit in a support of a criminal complaint against Dustin Powers for a violation of 18 U.S.C. § 2250 (failure to register as a convicted sex offender). This affidavit is based on my personal investigation, discussions with and information received from other law enforcement officers, as well as a review of certain records, files, and databases. This affidavit does not set forth my entire investigation but only those facts necessary to establish probable cause.

## PROBABLE CAUSE

3. Since summer 2026, the USMS has investigated Dustin Powers for failing to register as a sex offender following his arrival in the state of Ohio from the commonwealth of Kentucky sometime in late 2025. Specifically, from a review of records and court documents, I learned that, on or about June 16, 2016, Powers was convicted in Clark County, Kentucky Circuit Court, Case No. 15CR74-001, of rape and sodomy. The Clark County Court sentenced Powers to 2 years of imprisonment and ordered him to register as a sex offender for life.

4. From a review of records, I learned that Powers was released from prison in Kentucky during 2017. Powers understood that he was required to register as a sex offender. Upon his release, Powers registered as sex offender in Owensboro, Kentucky. He proceeded to register as a sex offender in Kentucky approximately eighteen times between 2017 and 2024. According to records, Powers last completed his required registration in September 2024, reporting a residence in Lexington, Kentucky. During late 2025, Kentucky officials deemed Powers a sex offender registration absconder and issued a warrant for his arrest.

5. On or about July 6, 2026, the Miamisburg Police Department ("MPD") received a Crime Stoppers tip stating that Powers, a registered sex offender from Kentucky, was living at a specific address on Tenth Street in Miamisburg, Ohio (hereinafter, "the Tenth Street Residence").[1] During July 2026, MPD began to watch the area of the Tenth Street Residence and soon discovered surveillance footage linking Powers to a business (hereinafter "Company A"). MPD identified a manager at Company A and found that this manager lived at a residence in West Carrollton, Ohio.

---

[1] The Crime Stoppers tip listed the specific address, which is omitted in this affidavit for privacy purposes.

6. On or about July 21, 2026, MDP, along with West Carrollton Police, established surveillance at the manager's home in West Carrollton, Ohio. Law enforcement soon saw Powers exit the manager's home and approached him to execute the outstanding Kentucky arrest warrant upon him. As officers did so, Powers indicated that he knew that he had a warrant for failing to register as a sex offender and asked officers not to disclose the reason for the warrant to the manager. (As detailed below, USMS learned that the manager had hired Powers to work as an employee at Company A month earlier). Officers spoke with the manager, and the manager indicated that Powers did not live with him; according to the manager, Powers lived with Powers' brother and the brother's girlfriend, identified herein by the initials S.M., elsewhere in southern Ohio (i.e., the Tenth Street Residence). Local police booked Powers into state custody pending extradition to Kentucky.

7. On or about July 30, 2026, the USMS spoke with the Montgomery County Sheriff's Office and the Ohio Bureau of Criminal Investigations. Both agencies confirmed that Powers was required to register as a sex offender in Ohio upon entering and remaining in this state. Neither entity had any record that Powers had complied with that requirement and registered as a sex offender in this state.

8. On or about July 31, 2026, the USMS interviewed a person identified herein as Witness A. Witness A lived near the Tenth Street Residence for over a decade. According to Witness A, Powers' brother and the brother's girlfriend, S.M., lived at the Tenth Street Residence. Around Christmas 2025, Witness A noticed that Powers regularly was staying at the Tenth Street Residence. Since that time, Witness A saw Powers almost every morning outside of the home waiting for a truck to pick him up; at the end of the day, the truck dropped Powers off and he would enter the Tenth Street Residence.

9. On or about August 12, 2026, the USMS interviewed the manager of Company A. According to the manager, he had hired Powers in southern Ohio approximately three to four months prior to Power's July 2026 arrest. The manager explained that, since hiring Powers, he picked up and dropped off Powers from the same address – the Tenth Street Residence – on almost every workday.

10. During August 2026, the USMS reviewed consensually recorded calls and messages that Powers made to other individuals while Powers has been in custody pending his extradition to Kentucky. In these various calls and messages, Powers effectively admitted that he had been living in Ohio for months prior to his arrest and acknowledged his obligation to register as a sex offender (as well as his failure to do so). For instance:

a. On or about July 24, 2026, Power sent a message to S.M. advising that: "ya all that change on the dresser in my room u can keep it". He further stated: "I miss us watching bobby flay and smoking weed with you." As noted above, S.M. is the girlfriend of Powers' brother and lived at the Tenth Street Residence. These statements confirm that Powers lived in southern Ohio with S.M.

b. On or about July 24, 2026, Powers sent a message to a person identified herein by the initials J.H. In this message, Powers stated[2]: "thank you, i told the marshall that i been couch surfingthat i wasnt staying at an actual addres cause its the truth i have been couch surfing all him and [S.M.] has to do is tell them the truth that i wasnt living there my addres is in hamilton anyway cause i cant legaly stay at that house causerusty on parole but my clothes is stashed there thank you fr everything". Powers sent a subsequent message to J.H. stating: "no they just want to build case on me not him like i said him and [S.M.] just tell them i havent

[2] The misspellings and improper punctuation are verbatim from Power's message.

stayed there just kept my clothes there and i been homeless . what dd [S.M.] tell them i wonder". In these messages, Powers appears to falsely suggest that he was merely keeping clothes at this brother's home and that he was homeless in Ohio. Powers also appeared to fear if S.M. had disclosed to police that he had been living at the Tenth Street Residence. It should be noted that, contrary to Powers' statement, no USMS personnel were present when he was arrested in July 2026.

c. On or about July 25, 2026, Power sent a message to S.M. advising that: "Ya I haven't been told anything except that my has a extradition warrant for me for failure to register. But other than that I don't know anything and they Say they don't know. I'm for real kinda scared cause I don't know anything. I haven't been doing anything wrong. But I told them i m homeless and been couch surfing and sleeping in a tent. So don't let anyone talk u into saying I was living at your house or any one address. I hope I don't get a lot of time cause I been doing good staying out of trouble. Thanks for being here for me. It means a lot and I promise that you will be blessed by me when I do get out. Please be safe". Through this message, Powers tacitly acknowledged that he was required to register as a sex offender and appeared to encourage S.M. to provide false information to police concerning his whereabouts the past several months.

d. On or about August 1, 2026, Powers sent a message to S.M. directing S.M. where to locate his dentures inside of the Tenth Street Residence. This statement confirmed that Powers was living at this location prior to his arrest.

e. On or about August 8, 2026, Powers sent a message to J.H. stating: "Shit all he [i.e., the manager of Company A] had to do was do what he said he was gonna do and do the I care thing. And if he didn't want to get in it than he should never told the police or detectives that he.picked me up and dropped me off everyday at [S.M.'s residence] Mother

fucker is just scared. He talks all that bullshit about being a tough guy but folded under pressure. Nokw I probably got a federal charge and gonna be on federal probation for the rest of my life lol." Powers continued: "But I guess it's my own fault for coming back to Ohio. I just wanted to be close to my brother is all cause we been apart for so long. Plus I was pretty much homeless in ky. I was about to give up living when I was in Kentucky because I was all alone . but it looks like I'm gonna have to go back to ky to replay the last 10 - 15 years again and be separated from my brother again. Smh lol dam I have gone soft . I guess I do need to man the hell up and just accept my fate. Sorry I don't tell anyone in here anything about me or my situation so I been thinking and holding the shit in since I been in here." Through these statements, Powers admitted that he travelled to Ohio from Kentucky, remained in this state but knowingly failed to register as a sex offender.

11. Based on the foregoing, I respectfully request that the Court issue the above-requested criminal complaint.

Kyle Ricker

Kyle Ricker
Deputy U.S. Marshal
United States Marshals Service

Sworn to me via telephone on the 16th day of September 2026, in Dayton, Ohio.

Honorable Peter B. Silvain, Jr.
United States Magistrate Judge
Southern District of Ohio

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO